## Root, Appellant, *v.* Knobloch.

Argued March 20, 1967. Before BELL, C. J., MUS-MANNO, JONES, COHEN, EAGEN, O'BRIEN and ROBERTS, JJ.

628

*Conrad A. Pearson*, with him *Knox, Pearson & Mc-Laughlin*, for appellants.

*Eugene J. Brew, Jr.* and *Norman H. Stark*, with them *Dale & Brew*, and *MacDonald, Illig, Jones & Britton*, for appellees.

OPINION PER CURIAM, April 18, 1967:
Decree affirmed. Appellant pays costs.